Cite as 2016 Ark. 410

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE CLIENT SECURITY FUND COMMITTEE | **Opinion Delivered** November 17, 2016 |

**PER CURIAM**

Ray Fulmer, Esq., of Fort Smith, Third Congressional District, is reappointed to the Client Security Fund Committee for a five-year term to expire on July 31, 2021. JoAnn Maxey, Esq., of Little Rock, Second Congressional District, is reappointed to the Client Security Fund Committee for a term to expire on July 31, 2017. The court expresses its gratitude to Mr. Fulmer and Ms. Maxey for accepting reappointment to this committee.